IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE: APPLICATIONS FOR SEIZURE WARRANTS AND LIS PENDENS. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 3:11MJ142 <br> 3:11MJ143 <br> 3:11MJ144 <br> 3:11MJ145 <br> 3:11MJ146 <br> 3:11MJ147 <br> 3:11MJ148 <br> 3:11MJ149 <br> 3:11MJ150 <br> 3:11MJ151 <br> 3:11MJ152 <br> 3:11MJ153 <br> 3:11MJ154 <br> 3:11MJ155 <br> 3:11MJ163 <br> 3:11MJ164 <br> 3:11MJ174 <br> 3:11MJ234 <br> 3:11MJ235 <br> 3:11MC43 <br> 3:11MC44 <br> 3:11MC45 |
|---|---|---|
| | ) | **ORDER** |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the cases identified in the above caption be unsealed,

IT IS HEREBY ORDERED that the above captioned cases be unsealed. The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 5 day of March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE